**Order entered May 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00435-CV

**MY VACATION EUROPE, INC., Appellant**

**V.**

**CONNIE SIGEL, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06937-E**

## ORDER

By letter filed May 6, 2014, appellant informs us the index in the first volume of the clerk's record, filed April 18, 2014, is incorrect. Specifically, the index identifies the document beginning on page 92 as the "Supplemental Affidavit of Patricia B. Gaman 03-18-2014" when the document is actually "Memorandum of Law in Support of Defendant's Special Appearance." We construe appellant's letter as a motion to correct the record. We **GRANT** the motion and **ORDER** Dallas County Clerk John F. Warren to file, no later than May 19, 2014, a corrected record containing an index which reflects the document beginning on page 92 is the "Memorandum of Law in Support of Defendant's Special Appearance."

/s/     ELIZABETH LANG-MIERS
        JUSTICE